UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA WINKLER, individually and on behalf
of all others similarly situated,

                              Plaintiff,

           -against-

LOUIS VUITTON NORTH AMERICA, INC.,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/6/2026_____
```

26 Civ. 702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 27, 2026, Plaintiff Adriana Winkler filed a complaint seeking class action certification and alleging claims related to a data breach concerning Defendant Louis Vuitton North America, Inc.'s ("LVNA") customer data. *See generally* Compl., ECF No. 1. The case was assigned to the undersigned on grounds that it was related to *Butler-Adams v. LVNA*, No. 25 Civ. 7109 (S.D.N.Y.). *See* Civil Cover Sheet, ECF No. 2. The undersigned recently ordered the plaintiffs in *Butler-Adams* and several other related actions—*Miamen v. LVNA*, No. 25 Civ. 7183 (S.D.N.Y.), *Moran v. LVNA*, No. 25 Civ. 7241 (S.D.N.Y.), and *Godinez v. LVNA*, 25 Civ. 7280 (S.D.N.Y.)—to file a motion to consolidate the related cases by February 9, 2026. *See, e.g.*, Order, ECF No. 19 in *Butler-Adams*, No. 25 Civ. 7109.

Accordingly, by **February 11, 2026**, Plaintiff shall serve Defendant and, by that **same date**, file proof of such service on the docket. By **February 18, 2026**, the parties shall file a joint letter addressing whether the parties intend to move to consolidate this case with the above-mentioned cases.

       SO ORDERED.

Dated: February 6, 2026
       New York, New York

_____
       ANALISA TORRES
       United States District Judge