**GIBSON DUNN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/3/2026___

April 1, 2026

VIA ECF

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    *Winkler v. Louis Vuitton North America, Inc.*, No. 1:26-cv-00702-AT (S.D.N.Y.) (related to *Butler-Adams v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7109-AT (S.D.N.Y.))

Dear Judge Torres:

Pursuant to Section 1(C) of Your Honor's Individual Practices in Civil Cases, Defendant Louis Vuitton North America, Inc. ("Louis Vuitton") respectfully requests to stay the deadline to respond to the Complaint.  Dkt. 1.  This is the first request for an extension of time to respond to the Complaint and Plaintiff consents to this request.

Defendant Louis Vuitton waived service of the Complaint on February 4, 2026, and its response to the Complaint is currently due on April 6, 2026.  *See* Dkt. 9; Fed. R. Civ. P. 4(d)(3).

On February 12, 2026, plaintiffs in several related actions before Your Honor,[1] as well as another action pending against Louis Vuitton in this Court,[2] filed an Unopposed Motion for Consolidation and Appointment of Interim Class Counsel and Executive Committee in the first-filed case, captioned *Butler-Adams v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7109-AT (S.D.N.Y. Feb. 12, 2026), Dkt. 20 (the "Motion to Consolidate").[3]  On February 13, 2026, Louis Vuitton filed a response stating that it does not oppose consolidation.  *Id.*, Dkt. 21.  The Motion to Consolidate

---

[1] *Butler-Adams v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7109-AT (S.D.N.Y.); *Miamen v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7183-AT (S.D.N.Y.); *Godinez v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7280-AT (S.D.N.Y.); *Moran v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7241-AT (S.D.N.Y.); *Winkler v. Louis Vuitton North America, Inc.*, No. 1:26-cv-702-AT (S.D.N.Y.).

[2] *Guanzon v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7240-LLS (S.D.N.Y.).

[3] Plaintiffs also filed a motion to consolidate in *Miamen v. Louis Vuitton North America, Inc.*, No. 1:25-cv-7183-AT (S.D.N.Y. Feb. 9, 2026), Dkt. 22, to which Louis Vuitton filed a response indicating it did not oppose consolidation, Dkt. 24.  Plaintiffs thereafter filed a letter advising the Court that the motion to consolidate was "more appropriately addressed in the first-filed related action," *Butler-Adams*.  Dkt. 25 at 1.

# GIBSON DUNN

The Honorable Analisa Torres
April 1, 2026
Page 2

is pending and seeks to (1) consolidate the Related Actions into the first-filed action; and (2) appoint Plaintiffs' proposed leadership structure.

Defendant Louis Vuitton respectfully requests that, in light of the Motion to Consolidate and in the interest of efficiency, its time to answer, move, or otherwise respond to the Complaint in this action be stayed pending a ruling on the Motion to Consolidate. Plaintiff consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein

cc:    Counsel of Record via ECF

GRANTED.

SO ORDERED.

Dated:  April 3, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge